DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: CHRISTOPHER CONNOLLY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2761
Fax: (212) 637-2786
E-mail: christopher.connolly@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENTRO DE PERIODISMO INVESTIGATIVO, LATINOJUSTICE PRLDF, and CENTER FOR CONSTITUTIONAL RIGHTS,<br><br>                     Plaintiffs,<br><br>          v.<br><br>DEPARTMENT OF THE TREASURY,<br><br>                     Defendant. | 19 Civ. 4417 (JPO)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law; the Declaration of Michelle A. Dickerman dated June 5, 2023, and attached exhibits; and all prior pleadings and proceedings herein, defendant the U.S. Department of the Treasury, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, shall move this Court, before the Honorable J. Paul Oetken, United States District Judge, in the United States Courthouse, 40 Foley Square, New York, New York, for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Dated: New York, New York
June 5, 2023

                                                     DAMIAN WILLIAMS
                                                     United States Attorney for the
                                                     Southern District of New York

By:    /s/ *Christopher Connolly*
        CHRISTOPHER CONNOLLY
        Assistant United States Attorney
        86 Chambers Street
        New York, New York 10007
        Tel.: (212) 637-2761
        Fax: (212) 637-2786
        E-mail: christopher.connolly@usdoj.gov