**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LATINOJUSTICE PRLDEF, et al.,

                Plaintiffs,

-against-                          19 **CIVIL** 4417 (JPO)

**JUDGMENT**

DEPARTMENT OF THE TREASURY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 5, 2024, Treasury's motion for summary judgment is GRANTED, and Plaintiffs' cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      March 5, 2024

                                            **RUBY J. KRAJICK**
                                            _____
                                               **Clerk of Court**

                             **BY:**         *K. Mango*
                                               _____
                                               **Deputy Clerk**